379 MADISON AVENUE, INC., et al., Respondents, v. DORE BLOOM, Appellant.

Argued October 8, 1945; decided October 26, 1945.

*Julius Weiss* and *Isidor Niner* for appellant.
*Maurice Iserman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.